No. ——. Great Northern Railway Merger Case. D. C. D. C. Applications by the United States and the City of Auburn, Washington, for stay of effectiveness of orders of the Interstate Commerce Commission, dated November 30, 1967, and April 11, 1968, authorizing merger of Great Northern Railway Co., Northern Pacific Railway Co., Chicago, Burlington & Quincy Railroad Co., Pacific Coast Railway Co., and Spokane, Portland & Seattle Railway Co., granted, said stay to remain in effect until further order of the Court. Mr. Justice Fortas took no part in the consideration or decision of these applications. *Solicitor General Griswold* for the United States, and *Robert L. Wald* and *Joel E. Hoffman* for the City of Auburn on the applications. *Valentine B. Deale* for Livingston Anti-Merger Committee in support of the applications. Memoranda in opposition were filed by *Hugh B. Cox, Ray Garrett, D. Robert Thomas, Anthony Kane, Louis E. Torinus, Earl F. Requa, Frank S. Farrell, Eldon Martin,* and *Richard J. Flynn* for Great Northern Railway Co. et al.; *Robert W. Ginnane, Fritz R. Kahn,* and *Jerome Nelson* for Interstate Commerce Commission · and by 230 Pacific Northwest Shippers.

No. 201. Benton *v.* Maryland. Ct. Sp. App. Md. [Certiorari granted, 392 U. S. 925.] Case restored to the docket for reargument on March 24, 1969, limited to the following question, not specified in the original writ: Does the "concurrent sentence doctrine," enunciated in *Hirabayashi* v. *United States,* 320 U. S. 81, 105, and subsequent cases, have continuing validity in light of such decisions as *Ginsberg* v. *New York,* 390 U. S. 629, 633, n. 2, *Peyton* v. *Rowe,* 391 U. S. 54, *Carafas* v. *LaVallee,* 391 U. S. 234, 237–238, and *Sibron* v. *New York,* 392 U. S. 40, 50–58? The Solicitor General is invited to file a brief expressing the views of the United States and to participate in oral argument.